ACCEPTED
06-15-00230-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/21/2015 10:38:23 AM
DEBBIE AUTREY
CLERK

| Appellate Docket Number: | |
|---|---|
| Appellate Case Style: Style: | DONYELLE TUTOR REEL |
| Vs. | State of Texas |

| Companion Case: | |
|---|---|

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/21/2015 10:38:23 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

| | |
|---|---|
| First Name: | DONYELLE |
| Middle Name: | TUTOR |
| Last Name: | REEL |
| Suffix: | |

Appellant Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

### II. Appellant Attorney(s)

☒ Lead Attorney

| | |
|---|---|
| First Name: | EBB |
| Middle Name: | B. |
| Last Name: | MOBLEY |
| Suffix: | |

☒ Appointed ☐ District/County Attorney
☐ Retained ☐ Public Defender

| | |
|---|---|
| Firm Name: | ATTORNEY AT LAW |
| Address 1: | P.O. BOX 2309 |
| Address 2: | |
| City: | LONGVIEW |
| State: | Texas | Zip+4: | 75606 |
| Telephone: | 903-757-3331 | ext. |
| Fax: | 903-753-8289 |
| Email: | ebbmob@aol.com |
| SBN: | 14238000 |

Add Another Appellant/
Attorney

FILED IN
The Court of Appeals
Sixth District
12/22/2015
Texarkana, Texas
Debra K. Autrey, Clerk

## III. Appellee

First Name: THE STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: ZAN

Middle Name: COLSON

Last Name: BROWN

Suffix:

☐ Appointed    ☒ District/County Attorney

☐ Retained    ☐ Public Defender

Firm Name: GREGG COUNTY

Address 1: 101 EAST METHVIN, SUITE 333

Address 2:

City: LONGVIEW

State: Texas    Zip+4: 75601

Telephone: 903-237-2673    ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us

SBN: 03205900

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Forgery

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: December 17, 2015

Offense charged: FORGERY FINANCIAL INSTRUMENT

Date of offense: unknown

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: December 18, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 20 MONTHS

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: December 18, 2015

Motion in Arrest of Judgment: ☐ Yes ☐ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: UNKNOWN

Date of hearing:    ☐ NA

Date of order:    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 188TH DISTRICT COURT

County: GREGG

Trial Court Docket Number (Cause no): 44996-A

Trial Court Judge (who tried or disposed of the case):

First Name: DAVID

Middle Name:

Last Name: BRABHAM

Suffix:

Address 1: 101 EAST METHVIN, SUITE 408

Address 2:

City: LONGVIEW

State: Texas    Zip + 4: 75601

Telephone: 903-237-2588    ext.

Fax: 903-236-8603

Email: david.brabham@co.gregg.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Dec 18, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter    ☐ Court Recorder
☐ Official          ☐ Substitute

First Name: GRELYN

Middle Name:

Last Name: FREEMAN

Suffix:

Address 1: 101 EAST METHVIN, SUITE 408

Address 2:

City: LONGVIEW

State: Texas    Zip + 4: 75601

Telephone: 903-237-2688    ext.

Fax: 903-236-8603

Email: grelyn.freeman@co.gregg.tx.us

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                              Court:

Style:

    Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)                       Date: December 21, 2015

                                                  State Bar No: 14238000

Printed Name:

Electronic Signature: /s/ EBB B. MOBLEY           Name: EBB B. MOBLEY
      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on December 21, 2015   .

Signature of counsel (or pro se party)              Electronic Signature: /s/ EBB B. MOBLEY
                                           (Optional)

                                        State Bar No.: 14238000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

      (1) the date and manner of service;

      (2) the name and address of each person served, and

      (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 21, 2015

Manner Served: eServe

First Name: ZAN

Middle Name: COLSON

Last Name: BROWN

Suffix:

Law Firm Name: GREGG COUNTY

Address 1: 101 EAST METHVIN, SUITE 333

Address 2:

City: LONGVIEW

State Texas          Zip+4: 75601

Telephone: 903-237-2673     ext.

Fax: 903-236-3701

Email: zan.brown@co.gregg.tx.us